

# ARKANSAS COURT OF APPEALS
DIVISION I
**No.** CR–16–795

| | |
|---|---|
| ARKANSAS DEPARTMENT OF HUMAN SERVICES<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | **OPINION DELIVERED:** MARCH 8, 2017<br><br>APPEAL FROM THE PULASKI COUNTY CIRCUIT COURT, ELEVENTH DIVISION<br>[NO. 60JV-16-414]<br><br>HONORABLE PATRICIA A. JAMES, JUDGE<br><br>AFFIRMED |

## ROBERT J. GLADWIN, Judge

Appellant, the Division of Youth Services of the Arkansas Department of Human Services (hereinafter ADHS), appeals the June 28, 2016 order of commitment for J.G. and the June 30, 2016 order denying its motion to intervene and partially granting its motion to set aside the June 28, 2016 order filed by the Pulaski County Circuit Court. ADHS does not appeal the actual determination of delinquency with respect to J.G. in this matter, but rather, the limitations and requirements placed on ADHS by the order issued by the Eleventh Division of the Sixth Judicial District. ADHS argues that this court should (1) reverse the denial of the motion to intervene filed by ADHS and (2) find that the limitations placed on ADHS as it relates to its placement of J.G. upon commitment by the trial court infringes on its statutory authority.

We affirm based on the analysis in a companion opinion decided today. *See Ark. Dep't of Human Servs. v. State*, 2017 Ark. App. 140.

Affirmed.

ABRAMSON and VIRDEN, JJ., agree.

*Nader G. Afsordeh*, Arkansas Department of Human Services, Office of Chief Counsel, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Adam Jackson*, Ass't Att'y Gen., for appellee.